# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL APPLEWHITE,

    Plaintiff,

v.

BOBBY BLUM and WEXFORD HEALTH SOURCES INC.,

    Defendants.

Case No. 3:17-cv-01111-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: November 28, 2018

    **MARGARET M. ROBERTIE,**
    **Clerk of Court**

    BY: __s/Tina Gray__
        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**